UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-cr-0097-JRS-DLP |
| | ) | |
| DANIELLE L. DOWLING, | ) | - 01 |
| JAMES BACON, | ) | - 04 |
| JAMES SWARTZ, | ) | - 07 |
| ERIC POORE, | ) | - 08 |
| JANNA BROADDUS, | ) | - 09 |
| RYAN SAWYER, | ) | - 11 |
| TROY THORTON, | ) | - 12 |
| TYLER GREENWALT, | ) | - 16 |
| CLIFFORD R. KING, JR., | ) | - 18 |
| ERIC WALKER, | ) | - 20 |
| DYLAN WILLIAMS, | ) | - 21 |
| Defendants. | ) | |

**COURTROOM MINUTE FOR MARCH 23, 2020**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the indictment filed on March 17, 2020. Defendants appeared in person and by FCD counsel Joseph Cleary and Gwendolyn Beitz. Government represented by AUSA Brad Blackington. USPO represented by Kendra Hartle.

Defendants orally waived their right to physically appear for their detention hearing in the courtroom and consented to appear via video teleconference.

Financial affidavits approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **April 6, 2020**.

Defendants waived formal arraignment and reading of the indictment on the record.

Government moved for pretrial detention and hearings were scheduled as follows:

| | |
|---|---|
| **March 26, 2020 at 10:00 a.m.** | Danielle L. Dowling |
| **March 26, 2020 at 11:00 a.m.** | James Bacon |
| **March 26, 2020 at 11:30 a.m.** | James Swartz |
| **March 26, 2020 at 3:00 p.m.** | Eric Poole |
| **March 26, 2020 at 3:30 p.m.** | Janna Broaddus |
| **March 27, 2020 at 1:30 p.m.** | Ryan Sawyer |
| **March 27, 2020 at 2:00 p.m.** | Troy Thorton |
| **March 27, 2020 at 2:30 p.m.** | Tyler Greenwalt |
| **March 27, 2020 at 3:00 p.m.** | Clifford R. King, Jr. |
| **March 27, 2020 at 3:30 p.m.** | Eric Walker |
| **March 27, 2020 at 1:00 p.m.** | Dylan Williams |

The Court, *sua sponte*, ordered the release the of the PS3, subject to the terms set forth by separate Order.

Defendants remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Dated: 3/26/ 2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system